UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| HAL MARSHALL, et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | )    4:06CV890 CDP |
| | ) |
| BRADLEY J. BLAND, et al., | ) |
| | ) |
|     Defendants. | ) |

### **ORDER**

I have determined that I should disqualify myself from this case to avoid any potential appearance of impropriety. See 28 U.S.C. § 455. I will therefore direct the Clerk of Court to assign the case randomly to a different Judge. Accordingly,

**IT IS HEREBY ORDERED** that the undersigned United States District Judge is disqualified from handling any matters in this case, and the Clerk of Court shall randomly reassign the case to another judge.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 9th day of November, 2006.